John G. BERGDOLL, Gerald C. Grimaud, Matthew R. Battersby, Appellants

v.

COMMONWEALTH of Pennsylvania, Honorable Pedro A. Cortes, Secretary of the Commonwealth, Pennsylvania General Assembly, Honorable Thomas W. Corbett, Jr., Attorney General, Appellees.

Supreme Court of Pennsylvania.

May 16, 2005.

## ORDER

PER CURIAM.

AND NOW, this 16th day of May, 2005, the Order of the Commonwealth Court is AFFIRMED.